**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **IN RE:**<br>**JOHN ADAM KOZAK,**<br>**DEBTOR.** | **CASE NO. 24-04051-5-PWM**<br><br>**CHAPTER 7** |
| **U.S. SMALL BUSINESS ADMINISTRATION,**<br>**PLAINTIFF,**<br><br>**v.**<br><br>**JOHN ADAM KOZAK,**<br>**DEFENDANT.** | **ADVERSARY PROCEEDING NO. 26-00078-5-PWM** |

**CONSENSUAL MOTION FOR EXTENSION OF TIME TO FILE PRECONFERENCE REPORT**

The United States of America (the "United States" or "Plaintiff"), by and through the United States Attorney for the Eastern District of North Carolina, on behalf of its agency, the U.S. Small Business Administration, with the consent of John Adam Kozak ("Defendant"), hereby moves for an extension of time to file the Preconference Report in this adversary proceeding. In support of this motion, the United States avers:

1. On August 3, 2026, this Court entered an Order Requiring Preconference Report directing the parties to confer, as required by Rule 26(f) of the Federal Rules of Civil Procedure (made applicable to this adversary proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure). D.E. 8. The Court further directed the parties to file a Preconference Report by September 2, 2026. *Id.*

2. Defendant and the United States are currently engaged in discussions regarding a separate matter than may affect this adversary proceeding. To minimize the use of judicial resources, the parties seek a 60-day extension of the time to conduct the Rule 26(f) conference and to file the Preconference Report.

3. Defendant has been contacted and consents to the requested extension.

WHEREFORE, the Plaintiff requests that the deadline to conduct the Rule 26(f) conference and to file the Preconference Report be extended for 60 days, until November 2, 2026.

Submitted this 1st day of September, 2026.

W. ELLIS BOYLE
United States Attorney

BY: */s/ Benjamin J. Higgins*
BENJAMIN J. HIGGINS
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 856-4043
Facsimile: (919) 856-4821
Email: benjamin.higgins2@usdoj.gov
Massachusetts Bar # 690969
*Attorney for the United States of America*

CERTIFICATE OF SERVICE

I certify that I have this 1st day of September, 2026 provided a copy of this Motion to the below listed parties by First Class Mail, addressed as listed.

John A. Kozak
308 Arborhill Lane
Holly Springs NC 27540

*/s/Benjamin J. Higgins*
BENJAMIN J. HIGGINS
Assistant United States Attorney